OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500
Fax (817) 770-8508

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | Case No:  09-40400-RFN |
| **CARLTON JAMES KENNEDY & CLAUDIA LYNETTE KENNEDY** | |
| Debtors | Judge Russell F Nelms |

### TRUSTEE'S 14 DAY NOTICE OF INTENT TO CERTIFY CHAPTER 13 CASE
### FOR DISMISSAL PER GENERAL ORDER 2010-01

**Notice is HEREBY GIVEN** to the above named Debtors and to the Debtors' Attorney that the Trustee intends to certify the above numbered Chapter 13 case for Dismissal for the following reason(s):

The Debtors did not pay to the Trustee when due one or more payments (except the first) specified in Debtors' Plan, as required by Section 3(e) of General Order 2010-01.

1. The exact dollar amount due to completely bring all payments current as of the 14th day after the date of this Notice is **$200.00** .

   **(MAIL CERTIFIED PAYMENTS TO P.O. BOX 961076, FORT WORTH, TEXAS 76161-0076).**

2. Due date is **October 12, 2010**.  Payments must be received by 4:00 p.m.

3. If the full payment specified in paragraph 1 cannot be paid by the due date specified in paragraph 2, the Debtors/Debtors' Attorney must meet with a representative of the Trustee **between 8:00 a.m. and 11:00 a.m.**, on **October 15, 2010**, at 6851 N.E. Loop 820, Suite 220, N. Richland Hills, TX  76180-6608.

   **FAILURE TO BRING ALL PAYMENTS CURRENT OR SIGN SUCH INTERLOCUTORY ORDER ON DATE SHALL SUBJECT THIS CASE TO DISMISSAL BY THE BANKRUPTCY COURT WITHOUT FU NOTICE.**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee's 14 Day Notice of Intent to Certify Chapter 13 Case for Dismissal" was served on the date the instrument was filed electronically.  Service was accomplished electronically on Debtors' attorney and all parties who filed a notice of appearance consenting to electronic service, and by first class mail on the Debtors.

| | |
|---|---|
| Date: September 23, 2010 | /s/ Tim Truman |
| | Tim Truman, Trustee/State Bar# 20258000 |

| Debtors: | Debtors' Attorney: |
|---|---|
| **CARLTON JAMES KENNEDY & CLAUDIA LYNETTE KENNEDY**<br>8404 WASHITA WAY<br>FORT WORTH, TX  76137 | WILLIAM M RUSSELL<br>4304 AIRPORT FWY STE 101<br>FORT WORTH, TX  76117 |